UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FELICIA L INGRAM, | Case No. 15-CV-05554-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SCOTT BERGET, | |
| Defendant. | |

Plaintiff's Attorney: Jaime Leanos
Defendant's Attorney: Christian Nielsen

    An initial case management conference was held on April 6, 2016.  A further case management conference is set for July 6, 2016 at 2:00 p.m.  The parties shall file their joint case management statement by June 29, 2016.

    The Court referred the parties to a settlement conference with Judge Cousins with a June 30, 2016 deadline.  The parties shall contact Judge Cousins's courtroom deputy to schedule the settlement conference.

    The discovery limits of the Federal Rules of Civil Procedure shall govern this case.

    The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|

1

Case No. 15-CV-05554-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | May 20, 2016 |
| Deadline to Complete Mediation | June 30, 2016 |
| Further Case Management Conference | July 6, 2016 at 2:00 p.m. |
| Close of Fact Discovery | July 29, 2016 |
| Opening Expert Reports | September 2, 2016 |
| Rebuttal Expert Reports | October 14, 2016 |
| Close of Expert Discovery | October 31, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | November 10, 2016 |
| Hearing on Dispositive Motions | December 22, 2016 at 1:30 p.m. |
| Final Pretrial Conference | February 16, 2017 at 1:30 p.m. |
| Jury Trial | March 6, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05554-LHK
CASE MANAGEMENT ORDER