UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FELICIA L INGRAM, | Case No. 15-CV-05554-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SCOTT BERGET, | |
| Defendant. | |

The Case Management Conference set for July 6, 2016 at 2:00 p.m. is hereby continued to October 5, 2016 at 2:00 p.m. The parties shall file their joint case management statement by September 28, 2016.

In the parties' June 28, 2016 Further Case Management Conference Statement, the parties request that the Court extend the deadline for the close of fact discovery to August 17, 2016. The Court GRANTS the parties' request. The rest of the case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | August 17, 2016 |
| Opening Expert Reports | September 2, 2016 |
| Rebuttal Expert Reports | October 14, 2016 |
| Close of Expert Discovery | October 31, 2016 |

| Last Day to File Dispositive Motions (one per side in the entire case) | November 10, 2016 |
|---|---|
| Hearing on Dispositive Motions | December 22, 2016 at 1:30 p.m. |
| Final Pretrial Conference | February 16, 2017 at 1:30 p.m. |
| Jury Trial | March 6, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05554-LHK
CASE MANAGEMENT ORDER