UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FELICIA L INGRAM, | Case No. 15-CV-05554-LHK |
|---|---|
| Plaintiff, | **ORDER EXTENDING DISCOVERY DEADLINES** |
| v. | |
| SCOTT BERGET, | |
| Defendant. | |

    Plaintiff Felicia L. Ingram has requested that the Court extend the deadline for Plaintiff's deposition and the close of fact discovery in order to permit Plaintiff 60 days to retain new counsel. The Court GRANTS IN PART Plaintiff's request. The Court extends the deadline for the close of fact discovery to September 9, 2016 and extends the deadline for opening expert reports to September 27, 2016. The Court VACATES the August 10, 2016 date for Plaintiff's deposition and ORDERS that Plaintiff's deposition be rescheduled to another date prior to September 9, 2016. The Case Management Conference remains as set on October 5, 2016 at 2 p.m. The rest of the case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | September 9, 2016 |
| Opening Expert Reports | September 27, 2016 |
| Rebuttal Expert Reports | October 14, 2016 |
| Close of Expert Discovery | October 31, 2016 |

| Last Day to File Dispositive Motions (one per side in the entire case) | November 10, 2016 |
|---|---|
| Hearing on Dispositive Motions | December 22, 2016 at 1:30 p.m. |
| Final Pretrial Conference | February 16, 2017 at 1:30 p.m. |
| Jury Trial | March 6, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: August 8, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-05554-LHK
ORDER EXTENDING DISCOVERY DEADLINES